**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DAVID EARL BROWN, JR.** | § | **PETITIONER** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:26cv34-HSO-BWR** |
| | § | |
| | § | |
| **BURL CAIN, *Commissioner of MDOC*** | § | |
| | § | **RESPONDENT** |

**FINAL JUDGMENT**

On July 13, 2026, this Court entered an Order [11] adopting the Magistrate Judge's Report and Recommendation [10] and requiring Petitioner David Earl Brown, Jr. ("Petitioner") to "file an amended petition that includes only his exhausted claim (Ground One) within thirty (30) days from the entry of this Order." Order [11] at 4. Petitioner was "cautioned that if he fails to timely amend his Petition [1], it will be dismissed without prejudice and without further notice to him." *Id.* (emphasis omitted). The record reflects that the Order [11] was mailed to Petitioner at his address of record and was not returned as undeliverable. Petitioner has not filed an amended petition, and the time for doing so has passed. *See id.*

In accordance with the Court's Order [11] adopting the Magistrate Judge's Report and Recommendation [10] entered July 13, 2026, and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Petitioner David Earl Brown, Jr.'s claims against Defendant Burl Cain are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 24th day of August, 2026.

s/ Halil Suleyman Ozerden
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE